IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------ :
UNITED STATES OF AMERICA         :
                                 : CASE NO.  1:08 CR 481-14
            Plaintiff            :
                                 :
    -vs-                         :
                                 :
JOEL A. BRONSTEIN                : <u>ORDER ACCEPTING PLEA AGREEMENT</u>
                                 : <u>AND JUDGMENT</u>
            Defendant            :
------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Joel A. Bronstein which was referred to the Magistrate Judge with the consent of the parties.

  On 8 April 2009, the government filed a four-count superseding indictment against Joel A. Bronstein for conspiracy in violation of 18 U.S.C. § 371, bank fraud in violation of 18 U.S.C. § 1344 and § 2, and money laundering in violation of 18 U.S.C. § 1957 and § 2. On 23 April 2009, a hearing was held in which Joel A. Bronstein entered a plea of not guilty before Magistrate Judge James S. Gallas. On 24 November 2010, Magistrate Judge McHargh received Joel A. Bronstein's plea of guilty and issued a

Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Joel A. Bronstein is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Joel A. Bronstein is adjudged guilty of Count Two in violation of 18 U.S.C. § 371.

IT IS SO ORDERED.

Dated: 2/1/2011

UNITED STATES DISTRICT JUDGE